

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00150-CR

| | | |
|---|---|---|
| HENRY ARTHUR DIGGS MARSH AKA HENRY M. DIGGS, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1606783D) |
| V. | § | February 23, 2023 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
     Justice Dana Womack